# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: SAUNDERS, ABE § Case No. 12-50248
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $12,950.58
*(without deducting any secured claims)*

Assets Exempt: $9,435.58

Total Distribution to Claimants: $2,779.00

Claims Discharged Without Payment: $13,498.42

Total Expenses of Administration: $993.00

3) Total gross receipts of $ 3,772.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,772.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 993.00 | 993.00 | 993.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,955.98 | 14,469.42 | 14,469.42 | 2,779.00 |
| **TOTAL DISBURSEMENTS** | $13,955.98 | $15,462.42 | $15,462.42 | $3,772.00 |

4) This case was originally filed under Chapter 7 on December 26, 2012. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/21/2014       By: /s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Non Exempt portion of federal tax refund | 1224-000 | 3,772.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,772.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 943.00 | 943.00 | 943.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $993.00 | $993.00 | $993.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AmeriCredit Financial Services, Inc. | 7100-000 | 4,998.00 | 4,998.59 | 4,998.59 | 960.03 |
| 2 | Southwest Chicago Christian School Association | 7100-000 | 7,149.98 | 9,470.83 | 9,470.83 | 1,818.97 |
| NOTFILED | Virtuoso Src | 7100-000 | 1,808.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,955.98 | $14,469.42 | $14,469.42 | $2,779.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-50248  
**Case Name:** SAUNDERS, ABE  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 12/26/12 (f)  
**§341(a) Meeting Date:** 02/26/13  

**Period Ending:** 01/21/14  
**Claims Bar Date:** 07/05/13  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Non Exempt portion of federal tax refund | 0.00 | 0.00 | | 3,772.00 | FA |
| 2 | Checking Account with JP Morgan Chase | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account with Bank of America | 15.00 | 0.00 | | 0.00 | FA |
| 4 | Savings Account with JP Morgan Chase | 25.00 | 0.00 | | 0.00 | FA |
| 5 | Used Household Goods | 850.00 | 0.00 | | 0.00 | FA |
| 6 | Personal Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7 | 401K Plan | 2,735.58 | 0.00 | | 0.00 | FA |
| 8 | Anticipated 2012 Federal Tax Refund | 6,000.00 | 3,515.00 | | 0.00 | FA |
| 9 | 2005 Chevy Caviler with 110,000 miles Value per | 2,975.00 | 0.00 | | 0.00 | FA |
| 9 | Assets   Totals (Excluding unknown values) | **$12,950.58** | **$3,515.00** | | **$3,772.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claims bar date 7/05/2013.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013     **Current Projected Date Of Final Report (TFR):** December 31, 2013

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-50248 | | Trustee: | Ira Bodenstein (330129) |
| --- | --- | --- | --- | --- |
| Case Name: | SAUNDERS, ABE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****586866 - Checking Account |
| Taxpayer ID #: | **-***3983 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/21/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/03/13 | {1} | Abe Saunders | Non-exempt portion of federal tax refund | 1224-000 | 3,772.00 | | 3,772.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,762.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,752.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,742.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,732.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,722.00 |
| 12/20/13 | 101 | Ira Bodenstein | Final trustee fee TFR approved 12/19/2013 | 2100-000 | | 943.00 | 2,779.00 |
| 12/20/13 | 102 | AmeriCredit Financial Services, Inc. | Ref # XXXXX3078;Final distribution TFR approved 12/19/2013 | 7100-000 | | 960.03 | 1,818.97 |
| 12/20/13 | 103 | Southwest Chicago Christian School Association | Final distribution TFR approved 12/19/2013 | 7100-000 | | 1,818.97 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,772.00 | 3,772.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 3,772.00 | 3,772.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,772.00 | $3,772.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ****586866 | 3,772.00 | 3,772.00 | 0.00 |
| | $3,772.00 | $3,772.00 | $0.00 |

{} Asset reference(s)    Printed: 01/21/2014 03:20 PM    V.13.14